UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Justin T. Quinn |
| v. | : | Crim. No. 20-837 |
| JUSTIN POMASAN | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Matthew J. Belgiovine, Assistant United States Attorney) for an order pursuant to Title 18, United States Code, Sections 3143 and 3148 to detain the defendant in the above-entitled matter; and the defendant, Justin Pomasan (by Adam Axel, Assistant Federal Public Defender), opposed the motion; and the Court having held an initial appearance on October 24, 2024 concerning violations of the terms of the defendant's supervision in the above-captioned matter and having heard arguments of counsel; and for good cause shown:

IT IS, therefore, on this 24th day of October, 2024,

ORDERED, pursuant to Title 18, United States Code, Sections 3143 and 3148(b), that the defendant, Justin Pomasan, be detained and committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek release pursuant to Title 18, United States Code, Section 3142(f) at a later date and on short notice; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE